# EXHIBIT 1

## AFFIDAVIT FORM

I, being duly sworn, hereby state and attest that I am the designated agent of Providian National Bank ("Providian"), a national banking association, one of the seller in that certain Purchase and Sales Agreement by and among Providian National Bank, Providian Bank and Portfolio Recovery Associates ("Purchaser"), dated as of 12/05/05 (the Agreement")

The account billing statement of COLE; JEANIE C, 4254491400850471, the Cardholder to the best of my knowledge, reflects a true and correct accounting of the cardholder's credit card account; that as of 12/05/05, the sum of $ 5911.87 was due to Providian or any of its affiliates; and that no part of this sum has been paid or satisfied. In accordance with the Agreement, Providian sold, assigned and conveyed to Purchaser all right, title and interest in and to the Account and its unpaid balance.

Executed on May 24, 2007 at Arlington, Texas.

_Martha Kunkle/mm_ ; Martha Kunkle, Designated Agent

Subscribed and sworn to me this 24th day of May, 2007

_[signature]_
Notary Public

Amy Jo Caulhorn-Munoz
My Commission Expires
11/27/2010

**PLAINTIFF'S EXHIBIT 1**