Exhibit C

## Affidavit Form

I, being duly sworn, hereby state and attest that I am the designated agent of Providian National Bank ("Providian"), a National Banking Association, one of the sellers in that certain Purchase and Sale Agreement by and among Providian National Bank, Providian Bank and **CACV of Colorado, LLC** ("Purchaser"), dated as of 8/20/2003(the Agreement").

The account billing statement of CATHY  SWITTERS, Account # ▇▇▇▇▇▇▇8956 the cardholder, to the best of my knowledge, reflects a true and correct accounting of the cardholder's credit card account; that as 8/20/2003the sum of $1,709.82 was due to Providian or any of its affiliates; and that no part of this sum has been paid or satisfied.

In accordance with the Agreement, Providian sold, assigned and conveyed to Purchaser all right, title and interest in and to the Account and its unpaid balance.

Executed on January 24, 2007, at Arlington, Texas.

*Martha Kunkle/MM* Martha Kunkle, Designated Agent

Sworn to before me this
**24th day of January, 2007**

*[signature]*
Notary Public

