# Exhibit D

39/87

## Affidavit Form

I, being duly sworn, hereby state and attest that I am the designated agent of Providian National Bank ("Providian"), a National Banking Association, one of the sellers in that certain Purchase and Sale Agreement by and among Providian National Bank, Providian Bank and CACV of Colorado, LLC ("Purchaser"), dated as of 12/30/2004 (the Agreement").

The account billing statement of JAMES R. MOSTI, Account # ▬▬▬▬3525, the cardholder, to the best of my knowledge, reflects a true and correct accounting of the cardholder's credit card account; that as of 12/30/2004, the sum of $5,520.07 was due to Providian or any of its affiliates; and that no part of this sum has been paid or satisfied.

In accordance with the Agreement, Providian sold, assigned and conveyed to Purchaser all right, title and interest in and to the Account and its unpaid balance.

Executed on June 27, 2006, at Arlington, Texas.

Sworn to before me this
27th day of June, 2006

Notary Public

JODAI D. VANNOY
Notary Public, State of Texas
My Commission Expires
September 02, 2009



CACV of Colorado v. James Mosti