March 1, 2010



Clerk of the Court
United States District Court
District of Montana
Missouri River Courthouse
125 Central Avenue West
Great Falls, MT 59404

RE: Cole v. PRA Case No. 4:08-cv-00036-RKS
Dated for March 19, 2010 at 1:30 P.M.

I am the Plaintiff in this Proposed Settlement and if it is okay with the court I do desire to attend, along with 3 members of my family.

This letter is to inform the Court and Counsel of my intentions. It is my understanding that I am not expected to speak, but I would still like to attend.

I am,

Jeanie C. Cole
14 11 4th Street
Havre, MT 59501
406-265-1517

Cc: John Heenan, Esq.　　　　　David Israel, Esq.
　　Heenan Law Firm　　　　　Bryan Shartle, Esq.
　　PRA/Cole Settlement　　　　Fishman, Nathan & Israel, LLC
　　P.O. Box 2278　　　　　　　PRA/Cole Settlement
　　Billings, MT 59103　　　　　P.O. Box 6680
　　　　　　　　　　　　　　　　Metairie, LA 70009-6680