DION N. COMINOS (CSBN: 136522)
BRIAN P. MASCHLER (CSBN: 111824)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, Ca 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
E-mail: dcominos@gordonrees.com

MANUEL H. NEWBURGER
TX. Bar. 14946500 CO Bar 41635
BARRON, NEWBURGER&
SINSLEY, PLLC
1212 Guadalupe, Suite 102
Austin, TX 78756
Telephone: (512) 46-9103, x-216
Facsimile: (512) 279-0310
Email: mnewburger@bns-law.com

MARK S. WILLIAMS
NICHOLAS J. PAGNOTTA
WILLIAMS LAW FIRM, P.C.
235 E. Pine, P.O. Box 9440
Telephone: (406) 721-4350
Facsimile: (406) 721-6037
E:Mail: nick@wmslaw.com

Attorneys for Defendants
CACV of Colorado, LLC and CACH, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| JEANIE COLE, CATHY SWITTERS, JAMES MOSTI, and KAREN JENNINGS,<br><br>Plaintiffs,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, et al.,<br><br>Defendants. | HON. KEITH STRONG<br><br>**CASE NO. CV-08-036-GF**<br><br>**UNOPPOSED MOTION FOR OUT-OF-STATE COUNSEL TO APPEAR BY TELEPHONE FOR FAIRNESS HEARING** |

Defendants CACV of Colorado, LLC and CACH, LLC, through counsel, respectfully request that their national counsel, Manuel H. Newburger, and their in-

-2-

house corporate counsel be allowed to participate in the March 19, 2010 Fairness Hearing by telephone. Lead counsel and local counsel for CACV and CACH are available and intend to attend and participate in the hearing in person.

Until today Movants' national counsel and either the General Counsel or the Associate General Counsel had intended to appear in person. However, both are scheduled to fly out of Denver the morning of the hearing, and blizzard conditions are now predicted for Denver that morning. It is likely that they will not be able to depart Denver and, if they succeed, that they will not be able to return.

Counsel for plaintiff has been contacted and consents to this motion.

Respectfully submitted,

GORDON & REES, LLP
DION N. COMINOS
BRIAN P. MASCHLER

DATED:  March 18, 2010        /s/    Brian P. Maschler
                                     Brian P. Maschler

                                     BARRON, NEWBURGER& SINSLEY, PLLC
                                     MANUEL H. NEWBURGER

Dated:  MARCH 18, 2010        /s/    Manuel H. Newburger
                                     Manuel H. Newburger

                                     ATTORNEYS FOR DEFENDANTS
                                     CACV OF COLORADO, LLC
                                     AND CACH, LLC