DION N. COMINOS (CSBN: 136522)
BRIAN P. MASCHLER (CSBN: 111824)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, Ca 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
E-mail: dcominos@gordonrees.com

MANUEL H. NEWBURGER
TX. Bar. 14946500 CO Bar 41635
BARRON, NEWBURGER&
SINSLEY, PLLC
1212 Guadalupe, Suite 102
Austin, TX 78756
Telephone: (512) 46-9103, x-216
Facsimile: (512) 279-0310
Email: mnewburger@bns-law.com

MARK S. WILLIAMS
NICHOLAS J. PAGNOTTA
WILLIAMS LAW FIRM, P.C.
235 E. Pine, P.O. Box 9440
Telephone: (406) 721-4350
Facsimile: (406) 721-6037
E:Mail: nick@wmslaw.com

Attorneys for Defendants
CACV of Colorado, LLC and CACH, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| JEANIE COLE, CATHY SWITTERS, JAMES MOSTI, and KAREN JENNINGS,<br><br>Plaintiffs,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, et al.,<br><br>Defendants. | HON. KEITH STRONG<br><br>**CASE NO. CV-08-036-GF**<br><br>**NOTICE OF CONTACT INFORMATION FOR FAIRNESS HEARING** |

Pursuant to the Court's order of this date Defendants CACV of Colorado, LLC and CACH, LLC hereby provide the following contact information for their

-1-

-2-

counsel who will appear by telephone:

| | |
|---|---|
| Manuel H. Newburger, National Counsel | 512-476-9103, Ext. 216 |
| Thomas G. Good, General Counsel and Elizabeth E. Garcia, Associate. General Counsel | 303-713-2012 |

Respectfully submitted,

GORDON & REES, LLP
DION N. COMINOS
BRIAN P. MASCHLER

DATED: March 18, 2010      /s/   Brian P. Maschler
                                 Brian P. Maschler

BARRON, NEWBURGER& SINSLEY, PLLC
MANUEL H. NEWBURGER

Dated: MARCH 18, 2010      /s/   Manuel H. Newburger
                                 Manuel H. Newburger

ATTORNEYS FOR DEFENDANTS
CACV OF COLORADO, LLC
AND CACH, LLC